UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DAVID CORLEY and
PAULA CORLEY                                                                                       PLAINTIFFS

v.                                          No. 2:20-CV-02109

VALLEY BEHAVIORAL HEALTH SYSTEM, LLC and
ACADIA HEALTHCARE COMPANY, INC.                                                   DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, this case is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 13th day of October, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE